## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

David Allen McVicker Sr.                                    CHAPTER 13
aka David Allen McVicker
Stephanie Ann McVicker
fka Stephanie Ann Fogle
          Debtors
                                              NO. 19-01346 HWV

Nationstar Mortgage LLC d/b/a Mr. Cooper

          Movant
    vs.

David Allen McVicker Sr.
aka David Allen McVicker
Stephanie Ann McVicker
fka Stephanie Ann Fogle
          Debtors

Charles J. DeHart, III Esq.
          Trustee

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

    Kindly withdraw the Notice of Appearance of Nationstar Mortgage LLC d/b/a Mr. Cooper which was filed with the Court on or about **April 8, 2019**; **Docket No. 19.**

                        Respectfully submitted,

                        **/s/ James C. Warmbrodt, Esquire**
                        James C. Warmbrodt, Esquire
                        KML Law Group, P.C.
                        BNY Mellon Independence Center
                        701 Market Street, Suite 5000
                        Philadelphia, PA  19106
                        412-430-3594

April 8, 2019