Certificate Number: 13858-PAM-DE-032793267

Bankruptcy Case Number: 19-01346



13858-PAM-DE-032793267

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 9, 2019, at 2:24 o'clock AM EDT, David McVicker completed a course on personal financial management given by internet by MoneySharp Credit Counseling Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: May 9, 2019

By: /s/Edwin G. Calderon

Name: Edwin G. Calderon

Title: Vice President

Certificate Number: 13858-PAM-DE-032793266

Bankruptcy Case Number: 19-01346


13858-PAM-DE-032793266

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 9, 2019, at 2:24 o'clock AM EDT, Stephanie McVicker completed a course on personal financial management given by internet by MoneySharp Credit Counseling Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: May 9, 2019

By: /s/Edwin G. Calderon

Name: Edwin G. Calderon

Title: Vice President