```
                    United States Bankruptcy Court
                     Middle District of Pennsylvania

In re:                                            Case No. 19-01346-HWV
David Allen McVicker, Sr                          Chapter 13
Stephanie Ann McVicker
        Debtors               CERTIFICATE OF NOTICE

District/off: 0314-1        User: CKovach        Page 1 of 2        Date Rcvd: May 13, 2019
                            Form ID: ntcnfhrg    Total Noticed: 57


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 15, 2019.
db/jdb        +David Allen McVicker, Sr,   Stephanie Ann McVicker,   214A John Street,
               Hanover, PA 17331-3351
5180420       +AARON'S,   436 EISENHOWER DRIVE,   HANOVER, PA 17331-5221
5180422       +ALL AMERIDREAM RENTALS,   300 BALTIMORE STREET,   HANOVER, PA 17331-3239
5180423       +ARS,   1643 NW 136TH AVENUE,   SUNRISE, FL 33323-2857
5180427       +CAC COMMERCIAL ACCEPTANCE CORP,   2300 GETTYSBURG RD, STE 102,   CAMP HILL, PA 17011-7303
5180429       +CAPITAL WEST FINANCE INC,   4028 HANOVER PIKE,   MANCHESTER, PA 21102-1440
5180431       +CHASE,   800 BROOKSEDGE BLVD,   WESTERVILLE, OH 43081-2822
5188596       +COMCAST,   PO BOX 1931,   Burlingame, CA 94011-1931
5180432       +COMCAST CABLE (BK Notices),   676 ISLAND POND ROAD,   MANCHESTER, NH 03109-4840
5180434        COMMONWEALTH FINANCIAL SYSTEMS INC,   BK NOTICES,   245 MAIN STREET,
               DICKSON CITY, PA 18519-1641
5180436       +CREDIT ACCEPTANCE,   25505 W 12 MILE ROAD, STE 3000,   SOUTHFIELD, MI 48034-8331
5192964       +Chase Bank USA, N.A.,   c/o Robertson, Anschutz & Schneid, P.L.,
               6409 Congress Avenue, Suite 100,   Boca Raton, FL 33487-2853
5184840        Directv, LLC,   by American InfoSource as agent,   PO Box 5072,   Carol Stream, IL 60197-5072
5180439       +EASTERN REVENUE,   601 DRESHER RD STE 301,   HORSHAM, PA 19044-2277
5180442       +HACC,   ONE HACC DRIVE,   HARRISBURG, PA 17110-2999
5180445       +KML LAW GROUP PC,   SUITE 5000 - BNY INDEPENDENCE CENTER,   701 MARKET STREET,
               PHILADELPHIA, PA 19106-1538
5180446       +LORI NEIDERER,   32 LEXINGTON DRIVE,   HANOVER, PA 17331-8657
5180448       +MARY HOLLINGSWORTH,   1327 NORTH MAIN STREET,   HAMPSTEAD, MD 21074-2238
5180451       +MR COOPER,   8950 CYPRESS WATERS BLVD,   DALLAS, TX 75019-4620
5180453       +PHNX FINAN,   8902 OTIS AVENUE,   INDIANAPOLIS, IN 46216-1077
5180454       +PNC BANK,   2730 LIBERTY AVENUE,   PITTSBURGH, PA 15222-4747
5180456       +RANDRECOVERY,   PO BOX 21575,   PIKESVILLE, MD 21282-1575
5180457        SANTANDER CONSUMER USA,   BANKRUPTCY DEPARTMENT,   PO BOX 560284,   DALLAS, TX 75356-0284
5180459       +STATE OF MARYLAND,   CENTRAL COLLECTION UNIT,   5TH FLOOR CERTIFICATIONS,
               300 WEST PRESTON STREET,   BALTIMORE, MD 21201-2307
5186988       +Santander Consumer USA,   P.O. Box 560284,   Dallas, TX 75356-0284
5180462       +UNEMP COMP OVERPAYMENT MATTERS,   DEPT OF L&I - OFFICE OF CHIEF COUNSEL,
               651 BOAS STREET 10TH FLOOR,   HARRISBURG, PA 17121-0751
5180463       +UNEMPL COMP TAX MATTERS,   HARRISBURG CASES L&I OFF CHIEF COUNSEL,   651 BOAS STREET 10TH FLOOR,
               HARRISBURG, PA 17121-0751
5180464       +USDOE/GLELSI,   PO BOX 16448,   SAINT PAUL, MN 55116-0448

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr            +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 13 2019 19:50:59
               PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
5180421        E-mail/Text: EBNProcessing@afni.com May 13 2019 19:44:01     AFNI INC,   404 BROCK DRIVE,
               PO BOX 3097,   BLOOMINGTON, IL 61702-3097
5180424       +E-mail/Text: g17768@att.com May 13 2019 19:43:16     AT&T - BANKRUPTCY,
               4331 COMMUNICATIONS DR,   FIR 4W,   DALLAS, TX 75211-1300
5180425       +E-mail/Text: g20956@att.com May 13 2019 19:44:13     AT&T MOBILITY,
               15901 E SKELLY DRIVE (PHILA),   TULSA, OK 74116-2809
5180426        E-mail/Text: bankruptcy@bbandt.com May 13 2019 19:43:30     BB&T,   BANKRUPTCY SECTION,
               PO BOX 1847,   WILSON, NC 27894
5180428        E-mail/PDF: AIS.cccard.ebn@americaninfosource.com May 13 2019 19:50:38
               CAPITAL ONE (BANKRUPTCY NOTIFICATION) (p,   PO BOX 30285,   SALT LAKE CITY, UT 84130-0285
5180430       +E-mail/Text: dehartstaff@pamd13trustee.com May 13 2019 19:44:10     CHARLES J DEHART, III, ESQ.,
               8125 ADAMS DRIVE STE A,   HUMMELSTOWN PA 17036-8625
5180433        E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 13 2019 19:43:48     COMM OF PA DEPT OF REVENUE,
               BUREAU OF COMPLIANCE,   PO BOX 280946,   HARRISBURG, PA 17128-0946
5180435       +E-mail/Text: ccusa@ccuhome.com May 13 2019 19:43:14     CR COLL/USA,   256 GREENBAG ROAD STE 1,
               MORGANTOWN, WV 26501-7158
5180437        E-mail/PDF: creditonebknotifications@resurgent.com May 13 2019 19:50:58     CREDITONE BANK,
               CUSTOMER BILLING AND CORRESPONDENCE,   PO BOX 98873,   LAS VEGAS, NV 89193-8873
5180438       +E-mail/Text: bankruptcynotices@dcicollect.com May 13 2019 19:44:13     DIVERSIFIED,
               PO BOX 551268,   JACKSONVILLE, FL 32255-1268
5180440        E-mail/Text: operationsclerk@easypayfinance.com May 13 2019 19:43:11     EASYPAY/DVRA,
               2701 LOKER AVE WEST,   CARLSBAD, CA 92008
5180441       +E-mail/Text: bknotice@ercbpo.com May 13 2019 19:43:58     ERC,   PO BOX 57547,
               JACKSONVILLE, FL 32241-7547
5180443        E-mail/Text: cio.bncmail@irs.gov May 13 2019 19:43:25     INTERNAL REVENUE SERVICE - CIO,
               PO BOX 7346,   PHILADELPHIA, PA 19101-7346
5180444        E-mail/Text: JCAP_BNC_Notices@jcap.com May 13 2019 19:44:04     JEFFCAPSYS,   16 MCLELAND RD,
               SAINT CLOUD, MN 56303
5180447       +E-mail/Text: camanagement@mtb.com May 13 2019 19:43:32     M&T BANK,   1100 WEHRLE DRIVE,
               WILLIAMSVILLE, NY 14221
5180449       +E-mail/Text: usmgr@members1st.org May 13 2019 19:44:24     MEMBERS 1ST FCU,   5000 LOUISE DR,
               PO BOX 40,   MECHANICSBURG, PA 17055-0040
5180450       +E-mail/Text: bankruptcydpt@mcmcg.com May 13 2019 19:43:53     MIDLAND FUNDING LLC,
               2365 NORTHSIDE DR STE 300,   SAN DIEGO, CA 92108-2709
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

```
5197446      +E-mail/Text: bankruptcydpt@mccmcg.com May 13 2019 19:43:53     Midland Funding LLC,
              PO Box 2011,   Warren, MI 48090-2011
5189576       E-mail/PDF: cbp@onemainfinancial.com May 13 2019 19:50:07     ONEMAIN,   P.O. BOX 3251,
              EVANSVILLE, IN 47731-3251
5180452       E-mail/PDF: cbp@onemainfinancial.com May 13 2019 19:50:07
              ONEMAIN FINANCIAL ATTN: BK NOTICES,   PO BOX 3251,   EVANSVILLE, IN 47731-3251
5180455       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 13 2019 20:12:34
              PORTFOLIO RECOVERY ASSOCIATES LLC,   BK NOTICES,   PO BOX 41067,   NORFOLK, VA 23541
5193965       E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 13 2019 19:43:48
              Pennsylvania Department of Revenue,   Bankruptcy Division PO Box 280946,
              Harrisburg, Pa.  17128-0946
5180458       E-mail/Text: appebnmailbox@sprint.com May 13 2019 19:43:52     SPRINT BANKRUPTCY,   PO BOX 7949,
              OVERLAND PARK, KS 66207
5180460      +E-mail/Text: bankruptcy@sw-credit.com May 13 2019 19:43:55     SW CREDIT SYS,
              4120 INTERNATIONAL PKWY STE 1100,   CARROLLTON, TX 75007-1958
5180461      +E-mail/PDF: gecsedi@recoverycorp.com May 13 2019 19:50:52     SYNCB/WALMART,   PO BOX 965024,
              ORLANDO, FL 32896-5024
5180859      +E-mail/PDF: gecsedi@recoverycorp.com May 13 2019 19:50:12     Synchrony Bank,
              c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
5180465       E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com May 13 2019 19:43:08
              VERIZON BANKRUPTCY DEPT,   500 TECHNOLOGY DR, STE 550,   SAINT CHARLES, MO 63304-2225
5180466       E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com May 13 2019 19:43:08
              VERIZON WIRELESS,   500 TECHNOLOGY DR, STE 550,   SAINT CHARLES, MO 63304-2225
                                                                                     TOTAL: 29
```

```
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                       TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 15, 2019                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 13, 2019 at the address(es) listed below:

```
             Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
             Dorothy L Mott   on behalf of Debtor 2 Stephanie Ann McVicker DorieMott@aol.com,
             KaraGendronECF@gmail.com;mottgendronecf@gmail.com;bethsnyderecf@gmail.com
             Dorothy L Mott   on behalf of Debtor 1 David Allen McVicker, Sr DorieMott@aol.com,
             KaraGendronECF@gmail.com;mottgendronecf@gmail.com;bethsnyderecf@gmail.com
             James Warmbrodt   on behalf of Creditor   Nationstar Mortgage LLC D/B/A Mr. Cooper
             bkgroup@kmllawgroup.com
             Kara Katherine Gendron   on behalf of Debtor 2 Stephanie Ann McVicker karagendronecf@gmail.com,
             doriemott@aol.com;mottgendronecf@gmail.com;bethsnyderecf@gmail.com
             Kara Katherine Gendron   on behalf of Debtor 1 David Allen McVicker, Sr karagendronecf@gmail.com,
             doriemott@aol.com;mottgendronecf@gmail.com;bethsnyderecf@gmail.com
             United States Trustee   ustpregion03.ha.ecf@usdoj.gov
                                                                       TOTAL: 7
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

David Allen McVicker Sr,
aka David Allen McVicker,

Chapter          13

**Debtor 1**

Case No.          1:19–bk–01346–HWV

Stephanie Ann McVicker,
fka Stephanie Ann Fogle,

**Debtor 2**

## Notice

The hearing on confirmation of the Plan of reorganization of both Debtors is scheduled for the date indicated below.

**June 19, 2019** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
|---|---|
| United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101 | Date: June 26, 2019<br><br>Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013–3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty–four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074–1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** | **For the Court:** |
|---|---|
| U.S. Bankruptcy Court Ronald Reagan Federal Building 228 Walnut St, Rm 320 Harrisburg, PA 17101–1737 (717) 901–2800 | Terrence S. Miller Clerk of the Bankruptcy Court: By: CKovach, Deputy Clerk |
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: May 13, 2019 |

ntcnfhrg (03/18)