```
                                United States Bankruptcy Court
                                Middle District of Pennsylvania
In re:                                                                    Case No. 19-01346-HWV
David Allen McVicker, Sr                                                  Chapter 13
Stephanie Ann McVicker
         Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0314-1          User: LyndseyPr          Page 1 of 1          Date Rcvd: Jul 08, 2019
                              Form ID: pdf010          Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 10, 2019.
                +ATLANTIC DEVELOPMENT CORP OF PENN,   ATTN: PAYROLL DEPARTMENT,   D/B/A PIZZA HUTT,
          1445 N ROCK RD, STE 200,   WICHITA, KS 67206-1292

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                       TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 10, 2019                                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 8, 2019 at the address(es) listed below:
        Charles J DeHart, III (Trustee)   TWecf@pamd13trustee.com
        Dorothy L Mott   on behalf of Debtor 2 Stephanie Ann McVicker DorieMott@aol.com,
         KaraGendronECF@gmail.com;mottgendronecf@gmail.com;bethsnyderecf@gmail.com
        Dorothy L Mott   on behalf of Debtor 1 David Allen McVicker, Sr DorieMott@aol.com,
         KaraGendronECF@gmail.com;mottgendronecf@gmail.com;bethsnyderecf@gmail.com
        James Warmbrodt   on behalf of Creditor   Nationstar Mortgage LLC D/B/A Mr. Cooper
         bkgroup@kmllawgroup.com
        Kara Katherine Gendron   on behalf of Debtor 2 Stephanie Ann McVicker karagendronecf@gmail.com,
         doriemott@aol.com;mottgendronecf@gmail.com;bethsnyderecf@gmail.com
        Kara Katherine Gendron   on behalf of Debtor 1 David Allen McVicker, Sr karagendronecf@gmail.com,
         doriemott@aol.com;mottgendronecf@gmail.com;bethsnyderecf@gmail.com
        United States Trustee   ustpregion03.ha.ecf@usdoj.gov
                                                                                                                              TOTAL: 7

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13
DAVID ALLEN MCVICKER, SR :
aka David Allen McVicker : CASE NO. 1:19-bk-01346
STEPHANIE ANN MCVICKER :
fka Stephanie Ann Fogle :
  Debtors :

## AMENDED ORDER TO PAY TRUSTEE

  Upon consideration of the Motion for Wage attachment, it is hereby ordered that until further Order of this Court the entity from whom the Debtor, David Allen McVicker, Sr receives income:

ATLANTIC DEVELOPMENT CORP OF PENN
ATTN: PAYROLL DEPARTMENT
D/B/A PIZZA HUTT
1445 N ROCK RD, STE 200
WICHITA, KS 67206

deduct from said income the sum of $251.00 from each two-week pay check, or $125.50 from each weekly paycheck, as appropriate, beginning on the next pay day following receipt of this Order and deduct a similar amount each pay period thereafter, including any period from which the Debtor receives a periodic or lump sum payment as a result of vacation, termination or other benefits arising out of present or past employment, or from any other benefits payable to the Debtor and to remit the deductible sums to:

CHARLES J DEHART III ESQUIRE
PO BOX 7005
LANCASTER, PA 17604

 It is further ordered that the employer shall change the amount of the monthly remittance to the Trustee in the future, if the Employer is directed to do so in writing, either by the Trustee or by the Debtor's counsel and to continue the wage attachment until the Employer is directed in writing to discontinue the attachment, either by the Trustee or Debtor's counsel.

  It is further ordered that the entity from whom the Debtor receives income shall notify the Trustee if the Debtor's income is terminated and the reason therefore.

  It is further ordered that all remaining income of the Debtor, except the amounts required to be withheld for taxes, social security, insurance, pension, or union dues be paid to the Debtor in accordance with usual payment procedure.

  It is further ordered that this Order shall terminate without further order upon certification that the obligation of the Debtor has been fulfilled, if it is not terminated by earlier order of this Court.

  Dated: July 8, 2019            By the Court,

                                                    Henry W. Van Eck, Bankruptcy Judge (LS)