**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE:   DAVID ALLEN MCVICKER, SR
         AKA: DAVID ALLEN MCVICKER
         STEPHANIE ANN MCVICKER
         AKA: STEPHANIE ANN FOGLE

                Debtor(s)
                                                    CHAPTER 13

         CHARLES J. DEHART, III
         CHAPTER 13 TRUSTEE
                Movant                              CASE NO: 1-19-01346-HWV

         vs.

         DAVID ALLEN MCVICKER, SR
         AKA: DAVID ALLEN MCVICKER
         STEPHANIE ANN MCVICKER
         AKA: STEPHANIE ANN FOGLE
                Respondent(s)

                **TRUSTEE'S MOTION TO DISMISS CASE**

COMES NOW, on December 10, 2019, Charles DeHart, III, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, moves this Honorable Court for dismissal of the above-captioned Chapter 13 bankruptcy case in accordance with 11 U.S.C. Section 1307(c), due to material default by the debtor(s) with respect to the terms of the plan.

Notice of conference, hearing and other instructions are included with this Motion.

WHEREFORE, your Trustee prays that this Honorable Court enter an Order dismissing the above-captioned case in accordance with 11 U.S.C. Section 1307(c).

                        Respectfully submitted,

                        s/   Charles J. DeHart, III
                        Charles J. DeHart, III, Trustee
                        8125 Adams Drive, Suite A
                        Hummelstown, PA  17036
                        Phone:  (717) 566-6097

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:    DAVID ALLEN MCVICKER, SR
          AKA: DAVID ALLEN MCVICKER
          STEPHANIE ANN MCVICKER
          AKA: STEPHANIE ANN FOGLE      CHAPTER 13

                Debtor(s)

          CHARLES J. DEHART, III            CASE NO: 1-19-01346-HWV
          CHAPTER 13 TRUSTEE
                Movant

## NOTICE

NOTICE IS HEREBY GIVEN THAT Charles J. DeHart, III, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss for failure to make timely payments pursuant to your Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a CONFERENCE before the Trustee and a HEARING with the Court have been scheduled on this motion. Any matters not resolved at the Trustee's Conference shall be heard at the dismissal hearing to be held as stated below:

**CONFERENCE before Trustee:**          **HEARING:**
January 8, 2020 at 9:00 am          January 8, 2020 at 09:35 AM
Bankruptcy Courtroom              Bankruptcy Courtroom
Ronald Reagan Federal Bldg         Ronald Reagan Federal Bldg
3rd Floor, 228 Walnut Street         3rd Floor, 228 Walnut Street
Harrisburg, PA 17101              Harrisburg, PA 17101

YOU ARE FURTHER NOTICED that you MUST attend the conference or dismissal hearing unless one of the following takes place.

1. You have paid the following and have confirmed payment with Trustee DeHart's office.

**AMOUNT DELINQUENT AS OF LAST MONTH: $ 1114.32**
**AMOUNT DUE FOR THIS MONTH: $502.00**
**TOTAL AMOUNT DUE BEFORE CONFERENCE/HEARING DATE: $1616.32**

**NOTE:**
      **ALL payments must be made by CERTIFIED CHECK, MONEY ORDER or through TFSBILLPAY.COM. NO PERSONAL CHECKS OR CASH WILL BE ACCEPTED!**

      **DO NOT** send your payments REGISTERED, CERTIFIED, FEDERAL EXPRESS, UPS, or by any other special delivery service. Doing so will delay processing of your payment and **may result in dismissal of your case.**

      If **submitting payment by U.S. First Class Mail** mail to**:**
            **CHARLES J. DEHART, III, PO BOX 7005, LANCASTER, PA 17604**

If **submitting payment using TFSBILLPAY.COM** please **allow 5 business days** for payment to be applied.

2.     You have entered into a valid stipulation with Trustee DeHart and that stipulation has been filed with the Court, or

3.     You have filed a voluntary conversion or a voluntary case dismissal with the U.S. Bankruptcy Court and have served a copy of that motion upon Trustee DeHart.

**FAILURE TO COMPLY WITH THE ABOVE WILL RESULT IN YOUR CHAPTER 13 CASE BEING CALLED FOR DISMISSAL HEARING WITH THE COURT ON THE DATE AND TIME AS SPECIFIED IN THIS NOTICE.  THIS MAY RESULT IN DISMISSAL OF YOUR CASE**.

Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA  17036
Phone:  (717) 566-6097

Dated:  December 10, 2019

# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:   DAVID ALLEN MCVICKER, SR
          AKA: DAVID ALLEN MCVICKER
          STEPHANIE ANN MCVICKER
          AKA: STEPHANIE ANN FOGLE      CHAPTER 13

                Debtor(s)

          CHARLES J. DEHART, III          CASE NO: 1-19-01346-HWV
          CHAPTER 13 TRUSTEE
                Movant

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on December 10, 2019, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties by 1st Class mail, unless served electronically.

KARA K GENDRON                    Served electronically
MOTT & GENDRON LAW
125 STATE STREET
HARRISBURG, PA  17101-


DAVID ALLEN MCVICKER, SR         Served by 1st Class Mail
STEPHANIE ANN MCVICKER
214A JOHN STREET
HANOVER, PA  17331



United States Trustee               Served electronically
228 Walnut Street
Suite 1190
Harrisburg, PA  17101



I certify under penalty of perjury that the foregoing is true and correct.

Date:  December 10, 2019          Liz Joyce
                                  for Charles J. DeHart, III, Trustee
                                  Suite A, 8125 Adams Dr.
                                  Hummelstown, PA  17036
                                  Phone:  (717) 566-6097
                                  eMail: dehartstaff@pamd13trustee.com

IN RE:   DAVID ALLEN MCVICKER, SR
         AKA: DAVID ALLEN MCVICKER
         STEPHANIE ANN MCVICKER
         AKA: STEPHANIE ANN FOGLE

                                           CHAPTER 13

              Debtor(s)


         CHARLES J. DEHART, III
         CHAPTER 13 TRUSTEE
              Movant                       CASE NO: 1-19-01346-HWV

         vs.


         DAVID ALLEN MCVICKER, SR          MOTION TO DISMISS
         AKA: DAVID ALLEN MCVICKER
         STEPHANIE ANN MCVICKER
         AKA: STEPHANIE ANN FOGLE




**ORDER DISMSSING CASE**


       Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-caposed bankruptcy be and hereby is dismissed.