UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN R: DAVID ALLEN MCVICKER, SR. and STEPHANIE ANN MCVICKER | : | CHAPTER 13 |
| Debtor(s) | : | |
| | : | |
| CHARLES J. DEHART, III STANDING CHAPTER 13 TRUSTEE | : | |
| Movant | : | |
| | : | |
| vs. | : | |
| | : | |
| DAVID ALLEN MCVICKER, SR. and STEPHANIE ANN MCVICKER | : | |
| Respondent(s) | : | CASE NO. 1-19-bk-01346 |

WITHDRAWAL OF TRUSTEE'S OBJECTION TO
FOURTH AMENDED CHAPTER 13 PLAN

AND NOW, this 22nd day of May, 2020, comes Charles J. Dehart, III, Standing Chapter 13 Trustee, and requests that the Trustee's Objection to Chapter 13 Plan filed on or about March 5, 2020 be withdrawn, as all issues have been resolved.

        Respectfully submitted:

        /s/Charles J. DeHart, III
        Standing Chapter 13 Trustee
        8125 Adams Drive, Suite A
        Hummelstown, PA 17036
        (717) 566-6097


CERTIFICATE OF SERVICE

AND NOW, this 22nd day of May, 2020, I hereby certify that I have served the within Motion by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Harrisburg, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Kara Gendron, Esquire
125 State Street
Harrisburg, PA 17101

        /s/Deborah A. Behney
        Office of Charles J. DeHart, III
        Standing Chapter 13 Trustee