United States Bankruptcy Court
Middle District of Pennsylvania

In re:     Case No. 19-01346-HWV
David Allen McVicker, Sr     Chapter 13
Stephanie Ann McVicker
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1    User: AutoDocke    Page 1 of 2
Date Rcvd: Jul 09, 2021    Form ID: pdf010    Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**    **Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 11, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + David Allen McVicker, Sr, 214A John Street, Hanover, PA 17331-3351 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 11, 2021     Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 9, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Dorothy L Mott | on behalf of Debtor 1 David Allen McVicker Sr DorieMott@aol.com, karagendronecf@gmail.com;mottgendronecf@gmail.com;bethsnyderecf@gmail.com |
| Dorothy L Mott | on behalf of Debtor 2 Stephanie Ann McVicker DorieMott@aol.com karagendronecf@gmail.com;mottgendronecf@gmail.com;bethsnyderecf@gmail.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor Nationstar Mortgage LLC D/B/A Mr. Cooper bkgroup@kmllawgroup.com |
| Kara Katherine Gendron | on behalf of Debtor 1 David Allen McVicker Sr mottgendronecf@gmail.com, doriemott@aol.com;karagendronecf@gmail.com;bethsnyderecf@gmail.com |

Kara Katherine Gendron
    on behalf of Debtor 2 Stephanie Ann McVicker mottgendronecf@gmail.com
    doriemott@aol.com;karagendronecf@gmail.com;bethsnyderecf@gmail.com

Rebecca Ann Solarz
    on behalf of Creditor Nationstar Mortgage LLC D/B/A Mr. Cooper bkgroup@kmllawgroup.com

United States Trustee
    ustpregion03.ha.ecf@usdoj.gov

TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: David Allen McVicker Sr. aka David Allen McVicker<br>Stephanie Ann McVicker fka Stephanie Ann Fogle<br>                  Debtor(s) | Chapter 13 |
| Nationstar Mortgage LLC d/b/a Mr. Cooper<br>                v.<br>David Allen McVicker Sr. aka David Allen McVicker<br>Stephanie Ann McVicker fka Stephanie Ann Fogle<br>               and<br>Jack N. Zaharopoulos<br>                  Trustee | NO. 19-01346 HWV |

## ORDER

Upon Consideration of the Certification of Default filed by the Moving Party in accordance with the Stipulation of the parties approved on December 1, 2020 it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under 11 U.S.C. Sections 362 and 1301 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. 11 U.S.C. Sections 362 and 1301 (if applicable), is modified to allow Nationstar Mortgage LLC d/b/a Mr. Cooper and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 214 A John Street Hanover, PA 17331.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

Dated: July 9, 2021          By the Court,

*Henry W. Van Eck*
Henry W. Van Eck, Chief Bankruptcy Judge (MS)