IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| DAVID ALLEN MCVICKER, SR | : | |
| aka David Allen McVicker | : | CASE NO. 1:19-bk-01346 |
| STEPHANIE ANN MCVICKER | : | |
| fka Stephanie Ann Fogle | : | |
| Debtor(s) | : | |
| | : | |

## MOTION TO DISMISS CHAPTER 13 PURSUANT TO 11 U.S.C. §1307(b)

COME NOW the Debtors, by and through attorney Kara K. Gendron of Mott & Gendron Law and move to dismiss the Chapter 13 proceeding.
1. The Debtors wish to dismiss this bankruptcy case.
2. This case has not been converted to Chapter 13 from another Chapter.
3. Under 11 U.S.C.§1307(b) the Debtors are entitled to have this case dismissed at any time.
WHEREFORE, the Debtors respectfully request that this Court dismiss this case and grant such other relief as this Court deems just.

Respectfully submitted,

/s/ Kara K. Gendron

_____
Kara K. Gendron, Esquire
Attorney ID 87577
Mott & Gendron Law
125 State Street
Harrisburg, PA 17101
karagendron@gmail.com
(717) 232–6650 TEL
(717) 232-0477 FAX

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| DAVID ALLEN MCVICKER, SR | : | |
| aka David Allen McVicker | : | CASE NO. 1:19-bk-01346 |
| STEPHANIE ANN MCVICKER | : | |
| fka Stephanie Ann Fogle | : | |
| Debtor(s) | : | |

## ORDER DISMISSING CASE

    Upon consideration of the above-named Debtor having filed a Motion to Dismiss Case filed under Chapter 13 of the Bankruptcy Code, it is hereby
    ORDERED that the above captioned case is dismissed.