United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
David Allen McVicker, Sr  
Stephanie Ann McVicker  
    Debtors

Case No. 19-01346-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 4  
Date Rcvd: Oct 13, 2022     Form ID: pdf010     Total Noticed: 65

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 15, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | David Allen McVicker, Sr, Stephanie Ann McVicker, 214A John Street, Hanover, PA 17331-3351 |
| 5180420 | + | AARON'S, 436 EISENHOWER DRIVE, HANOVER, PA 17331-5221 |
| 5180422 | + | ALL AMERIDREAM RENTALS, 300 BALTIMORE STREET, HANOVER, PA 17331-3239 |
| 5180427 | + | CAC COMMERCIAL ACCEPTANCE CORP, 2300 GETTYSBURG RD, STE 102, CAMP HILL, PA 17011-7303 |
| 5180429 | + | CAPITAL WEST FINANCE INC, 4028 HANOVER PIKE, MANCHESTER, MD 21102-1440 |
| 5180439 | + | EASTERN REVENUE, 601 DRESHER RD STE 301, HORSHAM, PA 19044-2238 |
| 5180442 | + | HACC, ONE HACC DRIVE, HARRISBURG, PA 17110-2999 |
| 5180446 | + | LORI NEIDERER, 32 LEXINGTON DRIVE, HANOVER, PA 17331-8657 |
| 5180448 | + | MARY HOLLINGSWORTH, 1327 NORTH MAIN STREET, HAMPSTEAD, MD 21074-2238 |
| 5199879 | + | Met Ed, 101 Crawford's Corner Rd, Bldg# 1 Suite 1-511, Holmdel, NJ 07733-1976 |
| 5180456 | + | RANDRECOVERY, PO BOX 21575, PIKESVILLE, MD 21282-1575 |
| 5180459 | + | STATE OF MARYLAND, CENTRAL COLLECTION UNIT, 5TH FLOOR CERTIFICATIONS, 300 WEST PRESTON STREET, BALTIMORE, MD 21201-2307 |
| 5180464 | + | USDOE/GLELSI, PO BOX 16448, SAINT PAUL, MN 55116-0448 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Oct 13 2022 18:48:38 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5180421 | | Email/Text: EBNProcessing@afni.com | Oct 13 2022 18:47:00 | AFNI INC, 404 BROCK DRIVE, PO BOX 3097, BLOOMINGTON, IL 61702-3097 |
| 5180423 | ^ | MEBN | Oct 13 2022 18:44:35 | ARS, 1643 NW 136TH AVENUE, SUNRISE, FL 33323-2857 |
| 5180424 | + | Email/Text: g17768@att.com | Oct 13 2022 18:47:00 | AT&T - BANKRUPTCY, 4331 COMMUNICATIONS DR, FIR 4W, DALLAS, TX 75211-1300 |
| 5180425 | + | Email/Text: g20956@att.com | Oct 13 2022 18:47:00 | AT&T MOBILITY, 15901 E SKELLY DRIVE (PHILA), TULSA, OK 74116-2809 |
| 5204023 | + | Email/Text: g20956@att.com | Oct 13 2022 18:47:00 | AT&T Mobility II LLC, %AT&T SERVICES INC., KAREN A. CAVAGNARO PARALEGAL, ONE AT&T WAY, SUITE 3A104, BEDMINSTER, NJ. 07921-2693 |
| 5180426 | | Email/Text: bankruptcy@bbandt.com | Oct 13 2022 18:47:00 | BB&T, BANKRUPTCY SECTION, PO BOX 1847, WILSON, NC 27894 |
| 5180428 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 13 2022 18:48:37 | CAPITAL ONE (BANKRUPTCY NOTIFICATION) (p, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 5188596 | + | Email/Text: documentfiling@lciinc.com | Oct 13 2022 18:47:00 | COMCAST, PO BOX 1931, Burlingame, CA 94011-1931 |

| Recip ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 5180432 | + | Email/Text: documentfiling@lciinc.com | Oct 13 2022 18:47:00 | COMCAST CABLE (BK Notices), 676 ISLAND POND ROAD, MANCHESTER, NH 03109-4840 |
| 5180433 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 13 2022 18:47:00 | COMM OF PA DEPT OF REVENUE, BUREAU OF COMPLIANCE, PO BOX 280946, HARRISBURG, PA 17128-0946 |
| 5180434 | | Email/Text: commonwealth@ebn.phinsolutions.com | Oct 13 2022 18:47:00 | COMMONWEALTH FINANCIAL SYSTEMS INC, BK NOTICES, 245 MAIN STREET, DICKSON CITY, PA 18519-1641 |
| 5180435 | + | Email/Text: ccusa@ccuhome.com | Oct 13 2022 18:47:00 | CR COLL/USA, 256 GREENBAG ROAD STE 1, MORGANTOWN, WV 26501-7158 |
| 5180436 | + | Email/Text: ebnnotifications@creditacceptance.com | Oct 13 2022 18:47:00 | CREDIT ACCEPTANCE, 25505 W 12 MILE ROAD, STE 3000, SOUTHFIELD, MI 48034-8331 |
| 5180437 | | Email/PDF: creditonebknotifications@resurgent.com | Oct 13 2022 18:48:26 | CREDITONE BANK, CUSTOMER BILLING AND CORRESPONDENCE, PO BOX 98873, LAS VEGAS, NV 89193-8873 |
| 5192964 | + | Email/Text: RASEBN@raslg.com | Oct 13 2022 18:47:00 | Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 5180462 | | Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | Oct 13 2022 18:47:00 | UNEMP COMP OVERPAYMENT MATTERS, DEPT OF L&I - OFFICE OF CHIEF COUNSEL, 651 BOAS STREET 10TH FLOOR, HARRISBURG, PA 17121 |
| 5180438 | + | Email/Text: bankruptcynotices@dcicollect.com | Oct 13 2022 18:47:00 | DIVERSIFIED, PO BOX 551268, JACKSONVILLE, FL 32255-1268 |
| 5184840 | | Email/Text: G06041@att.com | Oct 13 2022 18:47:00 | Directv, LLC, by American InfoSource as agent, PO Box 5072, Carol Stream, IL 60197-5072 |
| 5206582 | | Email/Text: G06041@att.com | Oct 13 2022 18:47:00 | Directv, LLC, by American InfoSource as agent, PO Box 5008, Carol Stream, IL 60197-5008 |
| 5180440 | | Email/Text: operationsclerk@easypayfinance.com | Oct 13 2022 18:47:00 | EASYPAY/DVRA, 2701 LOKER AVE WEST, CARLSBAD, CA 92008 |
| 5180441 | + | Email/Text: bknotice@ercbpo.com | Oct 13 2022 18:47:00 | ERC, PO BOX 57547, JACKSONVILLE, FL 32241-7547 |
| 5208522 | ^ | MEBN | Oct 13 2022 18:44:35 | Emergency Physician Associate of PA, PO Box 1123, Minneapolis, MN 55440-1123 |
| 5180443 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 13 2022 18:47:00 | INTERNAL REVENUE SERVICE - CIO, PO BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 5180430 | | Email/Text: info@pamd13trustee.com | Oct 13 2022 18:47:00 | CHARLES J DEHART, III, ESQ., 8125 ADAMS DRIVE STE A, HUMMELSTOWN PA 17036 |
| 5180444 | | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 13 2022 18:47:00 | JEFFCAPSYS, 16 MCLELAND RD, SAINT CLOUD, MN 56303 |
| 5180431 | | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 13 2022 18:48:24 | CHASE, 800 BROOKSEDGE BLVD, WESTERVILLE, OH 43081 |
| 5180445 | ^ | MEBN | Oct 13 2022 18:44:38 | KML LAW GROUP PC, SUITE 5000 - BNY INDEPENDENCE CENTER, 701 MARKET STREET, PHILADELPHIA, PA 19106-1541 |
| 5180447 | | Email/Text: camanagement@mtb.com | Oct 13 2022 18:47:00 | M&T BANK, 1100 WEHRLE DRIVE, WILLIAMSVILLE, NY 14221 |
| 5180449 | + | Email/Text: unger@members1st.org | Oct 13 2022 18:47:00 | MEMBERS 1ST FCU, 5000 LOUISE DR, PO BOX 40, MECHANICSBURG, PA 17055-0040 |
| 5180450 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 13 2022 18:47:00 | MIDLAND FUNDING LLC, 2365 NORTHSIDE DR STE 300, SAN DIEGO, CA 92108-2710 |
| 5180451 | + | Email/Text: nsm_bk_notices@mrcooper.com | Oct 13 2022 18:47:00 | MR COOPER, 8950 CYPRESS WATERS BLVD, |

| Recip ID | | Notice Method | Date | Recipient |
|---|---|---|---|---|
| | | | | DALLAS, TX 75019-4620 |
| 5197446 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 13 2022 18:47:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 5209377 | + | Email/Text: nsm_bk_notices@mrcooper.com | Oct 13 2022 18:47:00 | Nationstar Mortgage LLC dba Mr. Cooper, P.O. Box 619096, Dallas, TX 75261-9096 |
| 5189576 | | Email/PDF: cbp@onemainfinancial.com | Oct 13 2022 18:48:38 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 5180452 | | Email/PDF: cbp@onemainfinancial.com | Oct 13 2022 18:48:37 | ONEMAIN FINANCIAL ATTN: BK NOTICES, PO BOX 3251, EVANSVILLE, IN 47731-3251 |
| 5206487 | | Email/Text: perituspendrick@peritusservices.com | Oct 13 2022 18:47:00 | Pendrick Capital Partners II, LLC, Peritus Portfolio Services II, LLC, PO BOX 141419, IRVING, TX 75014-1419 |
| 5180453 | | Email/Text: info@phoenixfinancialsvcs.com | Oct 13 2022 18:47:00 | PHNX FINAN, 8902 OTIS AVENUE, INDIANAPOLIS, IN 46216 |
| 5180454 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 13 2022 18:47:00 | PNC BANK, 2730 LIBERTY AVENUE, PITTSBURGH, PA 15222 |
| 5180455 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 13 2022 18:48:32 | PORTFOLIO RECOVERY ASSOCIATES LLC, BK NOTICES, PO BOX 41067, NORFOLK, VA 23541 |
| 5209471 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 13 2022 18:48:38 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5193965 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 13 2022 18:47:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, Pa. 17128-0946 |
| 5180457 | | Email/Text: enotifications@santanderconsumerusa.com | Oct 13 2022 18:47:00 | SANTANDER CONSUMER USA, BANKRUPTCY DEPARTMENT, PO BOX 560284, DALLAS, TX 75356-0284 |
| 5180458 | | Email/PDF: ais.sprint.ebn@aisinfo.com | Oct 13 2022 18:48:32 | SPRINT BANKRUPTCY, PO BOX 7949, OVERLAND PARK, KS 66207 |
| 5180460 | + | Email/Text: bankruptcy@sw-credit.com | Oct 13 2022 18:47:00 | SW CREDIT SYS, 4120 INTERNATIONAL PKWY STE 1100, CARROLLTON, TX 75007-1958 |
| 5180461 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 13 2022 18:48:26 | SYNCB/WALMART, PO BOX 965024, ORLANDO, FL 32896-5024 |
| 5186988 | + | Email/Text: enotifications@santanderconsumerusa.com | Oct 13 2022 18:47:00 | Santander Consumer USA, Inc., P.O. Box 560284, Dallas, TX 75356-0284 |
| 5180859 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 13 2022 18:48:32 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5180463 | + | Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | Oct 13 2022 18:47:00 | UNEMPL COMP TAX MATTERS, HARRISBURG CASES L&I OFF CHIEF COUNSEL, 651 BOAS STREET 10TH FLOOR, HARRISBURG, PA 17121-0751 |
| 5212489 | | Email/Text: Great_Lakes_EBN_Docs@nelnet.net | Oct 13 2022 18:47:00 | UNITED STATES DEPARTMENT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON, WI 53708-8973 |
| 5180465 | | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Oct 13 2022 18:47:00 | VERIZON BANKRUPTCY DEPT, 500 TECHNOLOGY DR, STE 550, SAINT CHARLES, MO 63304-2225 |
| 5180466 | | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Oct 13 2022 18:47:00 | VERIZON WIRELESS, 500 TECHNOLOGY DR, STE 550, SAINT CHARLES, MO 63304-2225 |

TOTAL: 52

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 15, 2022     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 13, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian C Nicholas | on behalf of Creditor Nationstar Mortgage LLC D/B/A Mr. Cooper bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Dorothy L Mott | on behalf of Debtor 1 David Allen McVicker  Sr DorieMott@aol.com, karagendronecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;bethsnyderecf@gmail.com;ecf.mottgendron@gmail.com;MottGendronLaw@jubileebk.net |
| Dorothy L Mott | on behalf of Debtor 2 Stephanie Ann McVicker DorieMott@aol.com karagendronecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;bethsnyderecf@gmail.com;ecf.mottgendron@gmail.com;MottGendronLaw@jubileebk.net |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor Nationstar Mortgage LLC D/B/A Mr. Cooper bkgroup@kmllawgroup.com |
| Kara Katherine Gendron | on behalf of Debtor 1 David Allen McVicker  Sr karagendronecf@gmail.com;doriemott@aol.com;bethsnyderecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;MottGendronLaw@jubileebk.net |
| Kara Katherine Gendron | on behalf of Debtor 2 Stephanie Ann McVicker karagendronecf@gmail.com;doriemott@aol.com;bethsnyderecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;MottGendronLaw@jubileebk.net |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| DAVID ALLEN MCVICKER, SR | : | |
| aka David Allen McVicker | : | CASE NO. 1:19-bk-01346 |
| STEPHANIE ANN MCVICKER | : | |
| fka Stephanie Ann Fogle | : | |
| Debtor(s) | : | |

## ORDER DISMISSING CASE

    Upon consideration of the above-named Debtor having filed a Motion to Dismiss Case filed under Chapter 13 of the Bankruptcy Code, it is hereby
    ORDERED that the above captioned case is dismissed.

By the Court,

_____
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: October 12, 2022